UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 22-2007-DMG (GJSx) | Date | February 2, 2023 |
|---|---|---|---|

| Title | *Mary Kaiser v. Costco Wholesale Corporation, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON THE PARTIES' COUNSEL**

Pursuant to this Court's Scheduling and Case Management Order Re Jury Trial ("Case Management Order"), filed May 13, 2022, the parties were required to file their Joint Status Report re Settlement, Proposed Pretrial Conference Order, Contentions of Fact and Law, Pretrial Exhibit Stipulation, Joint Exhibit List, Witness Lists and Joint Trial Witness Time Estimate Form, Agreed Statement of the Case, Proposed Voir Dire Questions, Joint Statement of Jury Instructions and Joint Statement of Disputed Instructions, and Verdict Forms ("Pretrial Documents") by January 24, 2023, in preparation for the Pretrial Conference set for February 14, 2023.  [Doc. # 13.]

To date, the parties have not filed *any* of these documents.  Nor have the parties indicated whether they complied with the Court's Order that they engage in early mediation.  Plaintiffs' and Defendant's respective attorneys are hereby **ORDERED TO SHOW CAUSE** why the Court should not impose sanctions upon them for their failure to comply with a Court Order.  The attorneys' joint response to this Order shall be filed **by February 9, 2023**.

**IT IS SO ORDERED.**