JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KAISER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a corporate entity, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No.: CV 22-2007-DMG (GJSx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL [18]** |

The Court, having considered the parties' Joint Stipulation for Dismissal, and good cause appearing,

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety. The parties shall bear their own costs. The Order to Show Cause, dated February 2, 2023, is DISCHARGED. [Doc. # 17.] All scheduled dates and deadlines are VACATED.

DATED: February 3, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE